

**ORDERED in the Southern District of Florida on May 7, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                              CASE NO.:14-17900-BKC-PGH

William M Palda,                                    CHAPTER 13

     Debtor.
_____/

### ORDER (I) VACATING ORDER DENYING MOTION FOR EXTENSION OF TIME; (2) VACATING ORDER DISMISSING CASE; AND (3) GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** came before the Court *sua sponte*. On April 21, 2014, William M. Palda (the "Debtor") filed the *Debtor's Second Ex Parte Motion for Extension of Time to File Summary of Schedules, Schedules B, C, E, G, H, I & J, Unsworn Declaration, Statement of Current Monthly Income, Statement of Financial*

*Affairs, and Chapter 13 Plan* (the "Motion for Extension of Time") (ECF No. 10). On May 7, 2014, the Court entered the *Order Denying Debtor's Second Motion for Extension of Time to File Required Schedules for Failure to Show Good Cause* (the "Order Denying Motion for Extension of Time") (ECF No. 11) and the *Order Dismissing Case* (ECF No. 12). The Order Denying Motion for Extension of Time and the Order Dismissing Case are hereby vacated. The Debtor's case is reinstated. The Debtor's Motion for Extension of Time is granted. The Debtor has until May 14, 2014, to file the missing documents. The Court, being fully advised in the premises and for the reasons discussed above, hereby **ORDERS AND ADJUDGES** that:

1. The Order Denying Motion for Extension of Time is **VACATED**.
2. The Order Dismissing Case is **VACATED**.
3. The Debtor's Motion for Extension of Time is **GRANTED**.
4. The Debtor has until May 14, 2014, to file the missing documents. No further extensions will be granted under any circumstances.

###

Copies Furnished To:

Adam Skolnik, Esq.

Robin R Weiner, Trustee

AUST

Adam Skolnik, Esq. shall serve a copy of this Order on all interested parties in accordance with the Local Rules.